MARTIN HEERMANCE, as Trustee in Bankruptcy, etc., Respondent, v. WILLIAM A. CAMP & COMPANY, Appellant.— Judgment reversed and a new trial granted, costs to abide the final award of costs. A partnership is not deemed insolvent unless the aggregate of all its own property, together with all of the individual property of its members in excess of their respective individual indebtedness, is less than its liabilities. (2 Remington Bankruptcy [2d ed.], § 1348, and cases cited. See, too, Black Bankruptcy, § 603.) The record is destitute of proof as to the individual property of the members of the firm. Moreover, we suggest that evidence of insolvency should be made by a statement of the property owned, proof of its value and of that of the accounts transferred. Without passing, however, upon

the other points raised, we reverse the judgment and grant a new trial, costs to abide the final award of costs. The eighth, tenth and eleventh findings of fact are disapproved as not sustained by proof, and the conclusions of law are disapproved as not justified. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.